# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:  John H. Simpson

DEBTOR

Case No.  21 B 11373
Chapter 13

Judge Timothy A. Barnes

## CERTIFICATE OF SERVICE

TO:   See Parties on attached Service List

On January 5, 2022, a copy of the following documents, described below:

Amended Chapter 13 Plan

were deposited for delivery by the USPS, via First Class Mail, postage prepaid, to the parties listed on the mailing matrix attached.

The undersigned does hereby declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Angie S. Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor

Angie S Lee ARDC #6282075
Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422
708-365-9937

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 21-11373<br>Northern District of Illinois<br>Eastern Division<br>Wed Jan  5 09:11:34 CST 2022 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Affirm, Inc.<br>650 California St Fl 12<br>San Francisco, CA 94108-2716 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Comenity/zlotlt<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Cook County Treasurer's Office<br>118 North Clark St<br>Room 112<br>Chicago, IL 60602-1590 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | David Smith<br>PO Box 312<br>Olympia Fields, IL 60461-0312 |
| Equifax<br>Attn: Bankruptcy Dept.<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>Attn: Bankruptcy Dept.<br>P.O. Box 2002<br>Allen, TX 75013-2002 | First Financial Investment Fund Holdings, LL<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | (p)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 |
| (p)FIRST SAVINGS BANK    BLAZE<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | Greater Chicago Finance Co<br>8331 Roosevelt Rd<br>Forest Park, IL 60130-2529 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Nicor gas<br>Po box 549<br>aurora, IL 60507-0549 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | Shelby County Child Support Service<br>Attn Bankruptcy<br>3915 South Mendenhall Road<br>Memphis, TX 38115-5919 | Transunion<br>Attn: Bankruptcy Dept.<br>P.O. Box 1000<br>Crum Lynne, PA 19022 |

| | | |
|---|---|---|
| Transworld System Inc<br>Attn: Bankruptcy<br>Po Box 15630<br>Wilmington, DE 19850-5630 | Angie S Lee<br>Lee Ratliff & Associates LLC<br>PO Box 677<br>Flossmoor, IL 60422-0677 | John H Simpson Sr.<br>530 Parnell Ave<br>Chicago Heights, IL 60411-1222 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First National Bank/Legacy<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117 | First Savings Bank<br>Attn: Bankruptcy<br>Po Box 5019<br>Sioux Falls, SD 57117 | First Savings Bank/Blaze<br>Attn: Bankruptcy<br>Po Box 5096<br>Sioux Falls, SD 57117 |
| Portfolio Recovery Associates, LLC<br>c/o Capital One Bank (usa), N.a.<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Jasmine Blackman<br>Memphis, TN | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     1<br>Total                  35 |